

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2024

No. 04-24-00612-CR

**IN RE** Jason Welch **WILLIAMS**, Relator

Original Proceeding[1]

**ORDER**

On September 13, 2024, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED.[2] *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 2, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 727626, styled *State of Texas v. Jason W. Williams*, pending in the County Court at Law No. 13, Bexar County, Texas, the Honorable Rosie S. Gonzalez presiding.
[2] All pending motions are denied as moot.